UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:15-cv-21343-KMW

GWENDOLYN COULLIETTE,

    Plaintiff,

vs.

CARNIVAL CRUISE LINES,
A Florida Corporation,

    Defendant.
_____/

## PLAINTIFF'S RULE 26 (A) (1) INITIAL DISCLOSURES

COMES NOW, the Plaintiff, GWENDOLYN COULLIETTE, by and through its undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure and files this its Initial Disclosure and states as follows:

**(A)** **Identification of individuals likely to have discoverable information that the Plaintiff may use to support its claims:**

At this time, and pending the ongoing investigative and discovery efforts of the Plaintiff, the Plaintiff would list the following:

1. Gwendolyn Coulliette
   c/o David F. Baron, Esquire
   Baron & Herskowitz
   One Datran Center – Suite 1704
   9100 South Dadeland Boulevard
   Miami, Florida 33156

2. Kristina Dematas, M.D.
   c/o Mayo Clinic in Florida
   4500 San Pablo Road
   Jacksonville, Florida 32224
   Fort Myers, Florida 33912

3. Joseph M. Bestic, M.D.
   c/o Mayo Clinic in Florida
   4500 San Pablo Road
   Jacksonville, Florida 32224
   Fort Myers, Florida 33912

4. Stephen Trigg, M.D.
   c/o Mayo Clinic in Florida
   4500 San Pablo Road
   Jacksonville, Florida 32224
   Fort Myers, Florida 33912

5. Jeffrey J. Peterson, M.D.
   c/o Mayo Clinic in Florida
   4500 San Pablo Road
   Jacksonville, Florida 32224
   Fort Myers, Florida 33912

6. Daniel E. Wessell, M.D.
   c/o Mayo Clinic in Florida
   4500 San Pablo Road
   Jacksonville, Florida 32224
   Fort Myers, Florida 33912

7. Kimberly H. Mcveigh, M.D.
   c/o Mayo Clinic in Florida
   4500 San Pablo Road
   Jacksonville, Florida 32224
   Fort Myers, Florida 33912

8. Sangeetha Bulusi, M.D.
   c/o Mayo Clinic in Florida
   4500 San Pablo Road
   Jacksonville, Florida 32224
   Fort Myers, Florida 33912

9. Gary Coulliette
   c/o David F. Baron, Esquire
   9100 S. Dadeland Blvd., Suite 1704
   Miami, Florida 33156

10. Carnival medical personnel who attended to Ms. Coulliette
    c/o Carnival Cruise Lines

11. Ship's personnel involved in the investigation into Ms. Coulliette's accident.

    (B)    Description of documents and/or tangible things to be used to support defenses:

1. Plaintiff's boarding pass.

2. Medical records of the Plaintiff from:

   a) Mayo Clinic in Florida
   b) Supplemental records for additional treatment

3. Medical bills of the Plaintiff from:

   a) Mayo Clinic in Florida    $5,835.00
   b) Supplemental bills for additional treatment

4. Photographs of the Plaintiff's injuries.

**(C)    Computation of damages claimed by the disclosure party:**

Plaintiff seeks economic and non-economic damages, including but not limited to, damages for physical pain and suffering, disability, emotional distress, mental pain and anguish, hurt, embarrassment, humiliation, and loss of enjoyment of life. As noted in the Eleventh Circuit's jury instructions, non-economic and compensatory damages cannot be quantified because there is no exact standard to be, therefore, any such award should be fair and just in the light of the evidence presented at trial.

Additionally, at this stage the entirety of Plaintiff's damages cannot be determined. Plaintiff will endeavor to supplement the record with evidence of her damages as discovery progresses.

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on this 1st day of June, 2015 and a copy was emailed to Tom Slater, Esquire, Co-Counsel for Plaintiff, attorneys@pajcic.com, One Independent Drive, Suite 1900, Jacksonville, Florida 32202 and J. Michael Magee, Esquire, mmagee@carnival.com, 3655 N.W. 87 Avenue, Miami, Florida 33178.

BARON & HERSKOWITZ
One Datran Center, Suite 1704
9100 South Dadeland Boulevard
Miami, Florida 33156
(305) 670-0101 – Phone
(305) 670-2393 – Fax
Attorney for Plaintiff
David@bhfloridalaw.com

By: _____
DAVID F. BARON – 297089